Fourth Appellate Department, April, 1900. Reported. 50 App. Div. 622.

In the Matter of the Petition of ROBERT SCOTT, Respondent, for an Order Revoking and Cancelling Liquor Tax Certificate No. 24,089, Issued to FRANK J. OPPENHEIMER, Appellant.

Order affirmed with ten dollars costs and disbursements.   All concurred.